| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Kelly, Gregory J. | 2. Court or Organization  Florida - District Court | 3. Date of Report  04/25/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full Time Magistrate | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address  401 W. Central Blvd. Suite 3-550 Orlando, FL 32801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | ▨ Estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Akerman Senterfitt Shareholder Equity |
| 2. | 2011 | Akerman Senterfitt 401k SunTrust Retirement Plan, Self-Directed |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 04/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/12/11 | NY Deferred Comp (Inherited) | $428.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Employment - Orange County Public Schools |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 04/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo #1 | Mortgage on Rental Property #1 (Pt VII Line 1) | M |
| 2. | Wells Fargo #2 | Mortgage on Rental Property #2 (Pt VII Line 2) | M |
| 3. | American Express | Credit Card | J |
| 4. | Visa | Credit Card | None |
| 5. | MasterCard (U.S. Airways) | Credit Card | J |
| 6. | MasterCard (CitiCards) | Credit Card | None |
| 7. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Orlando, FL (2004 $257,000) | D | Rent | M | R | | | | | |
| 2. Rental Property #2, Orlando, FL (2004 $260,000) | E | Rent | M | R | | | | | |
| 3. Akerman Capital | B | Interest | K | U | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. -Vanguard Global Equity Fund (VHGEX) | A | Dividend | K | T | | | | | |
| 6. -Vanguard Growth Index Fund Investors (VIGRX) | A | Dividend | J | T | | | | | |
| 7. -Vanguard 500 Index Fund Admiral (VFIAX) | A | Dividend | K | T | | | | | |
| 8. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 9. -Vanguard Selected Value Fund (VASVX) | A | Dividend | K | T | | | | | |
| 10. -Vanguard Value Index Fund Admiral (VVIAX) | A | Dividend | J | T | | | | | |
| 11. Brokerage Account #2 | | | | | | | | | |
| 12. -SunTrust Agressive Option | | None | N | T | | | | | |
| 13. -SunTrust Conservative Option | | None | L | T | | | | | |
| 14. -SunTrust Moderate Option | | None | M | T | | | | | |
| 15. Brokerage Account #3 (IRA) | | | | | | | | | |
| 16. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |
| 17. -Vanguard Growth Index Fund Admiral (VIGAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Vanguard 500 Index Fund Admiral (VFIAX) | A | Dividend | K | T | | | | | |
| 19.  -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 20.  Brokerage Account #4 (403b) | | | | | | | | | |
| 21.  -Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 22.  -Vanguard Growth Index Fund Investors (VIGRX) | A | Dividend | K | T | | | | | |
| 23.  -Vanguard 500 Index Fund Investors (VFINX) | A | Dividend | K | T | | | | | |
| 24.  -Vanguard Mid-Cap Index Fund Investors (VIMSX) | A | Dividend | K | T | | | | | |
| 25.  Brokerage Account #5 (IRA) | | | | | | | | | |
| 26.  -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |
| 27.  -Vanguard 500 Index Fund Admiral (VFIAX) | A | Dividend | K | T | | | | | |
| 28.  -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 29.  -Vanguard Value Index Fund Admiral (VVIAX) | A | Dividend | J | T | | | | | |
| 30.  Brokerage Account #6 | | | | | | | | | |
| 31.  -Oppenheimer Discovery Fund Class A (OPOCX) | A | Distribution | J | T | | | | | |
| 32.  Brokerage Account #7 | | | | | | | | | |
| 33.  -Oppenheimer Discovery Fund Class A (OPOCX) | A | Distribution | J | T | | | | | |
| 34.  Brokerage Account #8 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Century (TWGTX) | | None | J | T | | | | | |
| 36. Bank Account - Central Florida Educators Credit Union | B | Interest | M | T | | | | | |
| 37. Bank Account - Central Florida Educators Credit Union | A | Interest | J | T | | | | | |
| 38. Brokerage Account #9 (Guardianship) | | | | | | | | | |
| 39. -Pioner Cullen Value Fund Cl A (CVFCX) | A | Dividend | | | Sold | 7/13/11 | K | A | |
| 40. -Franklin Income Fund CL A (FKINX) | A | Dividend | | | Sold | 7/13/11 | J | A | |
| 41. -Franklin Balance Sheet Investment A (FRBSX) | A | Dividend | | | Sold | 7/13/11 | J | B | |
| 42. -Mutual Shares Class A (TESIX) | A | Dividend | | | Sold | 7/13/11 | J | B | |
| 43. -Franklin Flex Cap Growth Class A (FKCGX) | | None | | | Sold | 7/13/11 | J | B | |
| 44. -FT Unit 2977 Target Global DVD Leaders 3Q 11 Term (FBRCHX) | B | Dividend | L | T | Buy | 7/19/11 | L | | |
| 45. Brokerage Account #10 (403b) | | | | | | | | | |
| 46. -American Century Heritage (TWHIX) | | None | J | T | Buy | 5/3/11 | J | | |
| 47. -American Century Mid Cap Value (ACMVX) | A | Dividend | J | T | Buy | 5/3/11 | J | | |
| 48. Brokerage Account #11 | | | | | | | | | |
| 49. -Oppenheimer Discovery Fund Class A (OPOCX) (X) | | None | J | T | | | | | |
| 50. Bank Account - Central Florida Educators Credit Union (X) | A | Interest | J | T | | | | | |
| 51. Bank Account - SunTrust (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account #12 (Estate) | | | | | | | | | |
| 53. -American Funds New Perspective Fund Cl C (X) | | None | | | Open | 2/2/11 | K | | |
| 54. -American Funds New Perspective Fund Cl C (X) | | None | | | Sold | 3/10/11 | K | A | |
| 55. -Investco Charter Fund Class C (X) | | None | | | Open | 2/2/11 | K | | |
| 56. -Investco Charter Fund Class C (X) | | None | | | Sold | 3/10/11 | K | A | |
| 57. -MFS Mass Investors Trust Class C (X) | | None | | | Open | 2/2/11 | J | | |
| 58. -MFS Mass Investors Trust Class C (X) | | None | | | Sold | 3/10/11 | J | A | |
| 59. Bank Account - Wells Fargo (X) | A | Interest | J | T | | | | | |
| 60. Brokerage Account #13 (IRA) | | | | | | | | | |
| 61. -Vanguard International Growth Inv (X) | A | Dividend | K | T | Open | 5/9/11 | K | | |
| 62. Brokerage Account #14 | | | | | | | | | |
| 63. -AXA Moderate Allocation (X) | | None | | | Open | 2/2/11 | K | | |
| 64. -AXA Moderate Allocation (X) | | | | | Redeemed | 5/6/11 | K | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kelly, Gregory J. | 04/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(X) - Assets 49-51 are assets owned by a child who became a dependent in 2011.

(X) - Assets 52-64 are assets held as executor. Assets were all sold or distributed with the exception of 59 and 61 which were distributed to executor as a beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544